**ROWE v. WALKER**

[340 N.C. 107 (1995)]

CLYDE E. ROWE, JR., AND DONNA GRANT ROWE v. JOHN THOMAS WALKER, C. NORMAN WALKER and SHIRLEY WALKER KENNEDY

No. 181A94

(Filed 7 April 1995)

Appeal pursuant to N.C.G.S. § 7A-30(2) from a divided decision of the Court of Appeals, 114 N.C. App. 36, 441 S.E.2d 156 (1994), reversing a judgment of Hobgood (Robert H.), J., entered 26 March 1992 in Superior Court, Person County. Heard in the Supreme Court 17 March 1995.

*Manning, Fulton & Skinner, P.A., by John I. Mabe, Jr. and Alison R. Cayton, for plaintiff-appellees.*

*Brown & Bunch, by Charles Gordon Brown and Scott D. Zimmerman, for defendant-appellants.*

PER CURIAM.

AFFIRMED.